# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RASHAD KING,<br><br>      Plaintiff,<br><br>  v.<br><br>S. HOLLAND, et al,<br><br>      Defendants. | 1:15-cv-01885-BAM (PC)<br><br>ORDER TO SUBMIT A **PRISONER** APPLICATION TO PROCEED IN FORMA PAUPERIS **OR** PAY THE $400.00 FILING FEE WITHIN THIRTY DAYS<br><br>ORDER TO CLERK'S OFFICE TO SEND PLAINTIFF IN FORMA PAUPERIS APPLICATION FOR **PRISONER**<br><br>**THIRTY-DAY DEADLINE** |

      Plaintiff Rashad King ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has not paid the $400.00 filing fee, or submitted an application to proceed in forma pauperis on the appropriate form pursuant to 28 U.S.C. § 1915.

      Accordingly, IT IS HEREBY ORDERED that:

      1.      The Clerk's Office shall send to Plaintiff the attached form for application to proceed in forma pauperis **for a prisoner**;

      2.      Within thirty (30) days of the date of service of this order, plaintiff shall submit the completed and signed application to proceed in forma pauperis **for a prisoner**, or in the alternative, pay the $400.00 filing fee for this action; and

3.     **<u>Failure to comply with this order will result in dismissal of this action.</u>**

IT IS SO ORDERED.

Dated:  **December 21, 2015**              /s/ *Barbara A. McAuliffe*
                                                     UNITED STATES MAGISTRATE JUDGE