1

2

3

4

5

6

7

8    **UNITED STATES DISTRICT COURT**

9    EASTERN DISTRICT OF CALIFORNIA

10

11   RASHAD KING,                               Case No.  1:15-cv-01885-BAM (PC)

12              Plaintiff,                       ORDER DENYING REQUEST FOR ENTRY
                                                 OF DEFAULT
13         v.
                                                 (ECF No. 28)
14   S. HOLLAND, et al.,

15              Defendants.

16

17

18        Plaintiff Rashad King ("Plaintiff") is a state prisoner proceeding pro se and in forma

19   pauperis in this civil rights action under 42 U.S.C. § 1983. This action proceeds on Eighth

20   Amendment violations against Defendants Holland and Duncan for excessive force during the

21   first escort; against Defendants, Holland, Duncan and Solis for excessive force in the second cell;

22   against Defendant Tingley for failing to intervene in the attack by Defendants Holland, Solis and

23   Duncan in the second cell; and sexual assault against Defendant Holland.

24        On December 22, 2016, the Court directed the United States Marshal to serve the

25   operative complaint and summons on Defendants Holland, Duncan, Solis and Tingley. (ECF No.

26   18.)  On March 7, 2017, the United States Marshal returned waivers of service executed by

27

28

1

1    Defendants Duncan, Holland and Tingley.[1]   Pursuant to the waivers of service, Defendants

2    Duncan, Holland and Tingley were directed to respond to the operative complaint within 90 days

3    of January 9, 2017, which is calculated as March 10, 2017.  (ECF No. 26.)  On March 10, 2017,

4    Defendants Duncan, Holland and Tingley filed an answer to the operative complaint.  (ECF No.

5    27.)

6           On March 20, 2017, Plaintiff filed a document titled "Declaration for Entry of Default."

7    (ECF No. 28.)   The Court construes this document as a request for entry of default as to

8    Defendants Duncan, Holland and Tingley.   In his request, Plaintiff contends that Defendants

9    Duncan, Holland and Tingley were served on January 26, 2017, and were required to respond to

10   the complaint within 21 days, but failed to answer or otherwise defend this action.  (*Id.*)

11          Plaintiff is mistaken.   As noted above, the waivers of service returned executed as to

12   Defendants Duncan, Holland and Tingley required a response to the complaint within 90 days of

13   January 9, 2017, which is March 10, 2017.  (ECF No. 26.)  Defendants Duncan, Holland and

14   Tingley filed a timely answer to the complaint on March 10, 2017.  Thus, Defendants Duncan,

15   Holland and Tingley have not failed to answer or otherwise defend this action.  Accordingly,

16   Plaintiff's request for entry of default is HEREBY DENIED.

17

     IT IS SO ORDERED.

18

19      Dated:   **March 27, 2017**                    /s/ *Barbara A. McAuliffe*         _

20                                           UNITED STATES MAGISTRATE JUDGE

21

22

23

24

25

26

27
     _____
28   [1]      On March 6, 2017, the Court issued a second order directing service by the United States
     Marshal on Defendant Solis.  (ECF No. 25.)

                                                2