UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RASHAD KING,<br><br>    Plaintiff,<br><br>  v.<br><br>S. HOLLAND, et al.,<br><br>    Defendants. | 1:15-cv-01885-BAM (PC)<br><br>ORDER STRIKING PLAINTIFF'S RESPONSE TO DEFENDANT'S ANSWER<br><br>(ECF No. 31) |

   Plaintiff Rashad King ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  This action proceeds against Defendants Holland, Duncan, and Solis for excessive force in violation of the Eighth Amendment, against Defendant Tingley for failure to intervene, and against Defendant Holland for sexual assault in violation of the Eighth Amendment.

   On March 10, 2017, Defendants Duncan, Holland, and Tingley answered Plaintiff's complaint.[1]  On April 3, 2017, Plaintiff filed a response to Defendants Duncan, Holland, and Tingley's answer.  (ECF No. 31.)

   In relevant part, the Federal Rules of Civil Procedure provide that there shall be a complaint, an answer to a complaint, and, if the court orders one, a reply to an answer.  Fed. R. Civ. P. 7(a).  The Court has not ordered a reply to Defendants' answer and declines to make such an order.

---

[1] Defendant Solis has not yet been served with the summons and complaint in this matter. Service by the United States Marshal is pending. (ECF No. 25.)

1 | Accordingly, Plaintiff's response to the answer, filed on April 3, 2017 (ECF No. 31), is
2 | HEREBY STRICKEN from the record.

4 | IT IS SO ORDERED.

Dated: **April 6, 2017**     /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE